**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Central** _____ District of **California** _____
(State)

Case number (*if known*): _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   GATEWAY FOUR, LP

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   82-2652801

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **24440  Mulholland Highway** | |
   | Number    Street | Number        Street |
   | | P.O. Box |
   | **Calabasas        CA    91302** | |
   | City            State    ZIP Code | City            State    ZIP Code |
   | | Location of principal assets, if different from principal place of business |
   | **Los Angeles** | |
   | County | Number        Street |
   | | City            State    ZIP Code |

5. **Debtor's website (URL)**

## GATEWAY FOUR, LP

Debtor _____
Name

Case number (if known) _____

| | |
|---|---|
| 6. **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☑ Other. Specify: Limited Partnership |

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:*<br><br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br><br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>___ ___ ___ ___ |

| | |
|---|---|
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br><br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>    ☐ A plan is being filed with this petition.<br><br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br><br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br><br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br><br>☐ Chapter 12 |

| Debtor | GATEWAY FOUR, LP | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No

☐ Yes.  District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

■ Yes.  Debtor  **See Separate List** _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☑ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  10568 GATEWAY PROMENADE
Number    Street

EL MONTE                     CA    91731
City                         State ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency  SOLOMON BURNSTEIN WOOD INS. SER

Contact name  KELLY GEORGE

Phone  858 525 1918

---

**Statistical and administrative information**

---

Debtor     **GATEWAY FOUR, LP**
           Name                                         Case number (if known)_____

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,000-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,000-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/31/2020
               MM / DD / YYYY

✗  *James Acevedo*                    JAMES ACEVEDO
Signature of authorized representative of debtor     Printed name

Title  PRESENTED AND OFFICER

Debtor    GATEWAY FOUR, LP                                    Case number (if known)_____
          _____
          Name

**18. Signature of attorney**    ✗    _____    Date   8 / 31 / 20
                                 Signature of attorney for debtor          MM / DD / YYYY

                                 DANIEL M. SHAPIRO
                                 _____
                                 Printed name
                                 DANIEL M. SHAPIRO, ATTORNEY AT LAW
                                 _____
                                 Firm name
                                 1366      E. PALM ST
                                 _____
                                 Number    Street
                                 ALTADENA                          CA        91001
                                 _____    _____    _____
                                 City                           State     ZIP Code

                                 626-398-5137                     DAN@DMSLAWYER.COM
                                 _____    _____
                                 Contact phone                  Email address

                                 67499                            CA
                                 _____    _____
                                 Bar number                     State

Signature of attorney    _____    8-31-2020

Sevan Gorginian, Esq. (SBN 298986)
Law Office of Sevan Gorginian
450 N. Brand Blvd. Suite 600
Glendale, CA 91203
T: 818-928-4445 I F: 818-928-4450
sevan@gorginianlaw.com

SUPPLEMENT TO PETITION

Question 10:  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?  YES.

**Gateway Two, LP,  EIN # 81-3851594**

**Gateway Four, LP, EIN # 82-2652801**

**Gateway Five, LLC,  EIN # 37-1783122**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>**GATEWAY 4, LP**<br><br>Debtor. | Bankruptcy No.<br><br>Chapter 11<br><br>**CORPORATE RESOLUTION STATEMENT** |

**STATEMENT REGARDING CORPORATE**

WHEREAS, the undersigned, James Acevedo, is President and managing officer of **Gateway 4, LP** ("the Corporation"). On or about August 25, 2020, the Corporation has been deemed necessary to file for Chapter 11 bankruptcy protection; and

WHEREAS, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 11 of the Bankruptcy Code. As such, it is therefore:

RESOLVED, that the Corporation file as soon as practicable a bankruptcy in accordance with Chapter 11 of the Bankruptcy Code.

BE IT FURTHER RESOLVED that James Acevedo is authorized by the Corporation and are directed to employ counsel necessary to represent the Corporation in said bankruptcy proceedings.

BE IT FURTHER RESOLVED, that the undersigned hereby certify that they are the duly elected and qualified President, Vice President and/or Secretary and the custodian of the books and records and seal of the Corporation, a corporation duly formed pursuant to the laws of the state of California and that the foregoing is a true record of a resolution duly adopted at a meeting of the officers and directors and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on or about August 25, 2020 ,and that said resolution is now in full force and effect without modification or rescission. This Corporate Resolution Statement can be amended later if necessary.

IN WITNESS WHEREOF, I have executed my name as President and have hereunto affixed the corporate seal of the above-named Corporation on the date listed below.

**DECLARATION UNDER PENALTY OF PERJURY**

I, James Acevedo, am an officer of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information and belief.

Date: 8/31/20                    *James Acevedo*
                                 _____

                                 James Acevedo, its President & Managing Officer

1

Fill in this information to identify the case:

| | |
|---|---|
| Debtor Name | GATEWAY FOUR, LP |
| United States Bankruptcy Court for the | _____ District of _____ |
| Case number (if known): _____ | (State) |

☐ Check if this is an
amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadquate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of the creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ROMSPEN Investment Corporation \| Attention: Wesley Roitman, Managing Director \| 162 Cumberland Street, Suite #300, Toronto, ON M5R 3N5 | Jason DeJonker, Esq. \| Partner \| Bryan Cave \| 161 N. Clark Street, Suite #4300, Chicago, IL  60601 Email: jason.dejonker@bclplaw.com    Tel (312) 602-5005 \| Mobile (312) 560-3116 | Secured Lender | Disputed | $  69,000,000 | $  62,951,284 | $  6,048,716 |
| 2 | KPRS Construction, Inc. \| 2850 Saturn Street, Brea, CA  92821 | David Barker, Esq. \| Collins Collins \| 10681 Foothill Blvd., Suite #260, Rancho Cucamonga, CA  91730 Email:  dbarker@ccmslaw.com    Tel (909) 581-6100 \| Mobile (626) 278-5008 | Trade Debt | | $  6,300,000 | | |
| 3 | City of El Monte \| Attention: City Attorney \| 11333 Valley Blvd., El Monte, CA  91731 | David Gondek, Esq. \| Email: dgondek@omlawyers.com    Tel (626) 580-2010 | Government Contracts [Permit Fees + Infrastructure + Reports] | Contingent Disputed | | | $  2,990,000 |
| 4 | Kreit Mechanical Associates, Inc. c/o Levi Y. Silver, Esq. \| Solomon Ward \| 401 B Street, Suite #1200, San Diego, CA 92101 | | Trade Debt - KPRS Subcontractor | Contingent Disputed | $  785,000 | | |
| 5 | SVA Architects \| 6 Hutton Centre Drive, Suite #1150, Santa Ana, CA  92707 | David Barker, Esq. \| Collins Collins 10681 Foothill Blvd., Suite #260, Rancho Cucamonga, CA  91730 Email:  dbarker@ccmslaw.com    Tel (909) 581-6100 \| Mobile (626) 278-5008 | Professional Services | Disputed | | | $  291,597 |
| 6 | Largo \| 2741 East Walnut Avenue, First Floor, Tustin, CA  92780 | | Trade Debt - KPRS Subcontractor | Contingent Disputed | $  269,871 | | |
| 7 | McParlane Associates, Inc. \| 4830 View Ridge Avenue, #A, San Diego, CA  92123 | | Sub contractor to SVA Architect Professional Services | Contingent Disputed | | | $  209,900 |
| 8 | Carpenters Union c/o Becario & Shamley \| 533 South Freemont Ave., 9th Floor, Los Angeles, CA 90071 | | Trade Debt - KPRS Subcontractor | Contingent Disputed | | | $  173,403 |

Debtor   __GATEWAY FOUR, LP_____   Case number (if known) _____
                    Name

| No. | Name of the creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Walters Electric \| 2825 Temple Ave., Signal Hill, CA 90755 | | Trade Debt - KPRS Subcontractor | Contingent Disputed | $   117,490 | | |
| 10 | Junior Steel \| 134 West 168th Street, Gardena, CA 902248 | | Trade Debt - KPRS Subcontractor | Contingent Disputed | $   101,819 | | |
| 11 | DLA Piper LLC \| Attention: Rockard Delgadillo, EsQ. \| PO Box 75190, Baltimore, MD 21275 | Rockard Delgadillo, Esq. Email: rocky.delgadillo@dlapiper Tel (213) 694-3112 | Professional Services | | | | $   92,645 |
| 12 | Daniel M. Shapiro, Esq. \| 1366 E. Palm Street, Altadena, CA 91001 | Daniel Shapiro, Esq. Email: dmslawyer@gmail.com Tel (626) 398-5137 | Professional Services | | | | $   88,305 |
| 13 | CraneVeyor \| 152 N. Potrero Avenue, El Monte, CA 91733 | | Trade Debt - KPRS Subcontractor | Contingent Disputed | $   70,396 | | |
| 14 | Los Angeles County Tax Collector PO Box 54018, Los Angeles, CA 90054-0018 | | Property Taxes | Contingent Disputed | $   67,400 | | |
| 15 | Grand Doors & Windows \| 2826 Metropolitan Place, Unit A, Pomona, CA 91767 | | Trade Debt - KPRS Subcontractor | Contingent Disputed | $   57,086 | | |
| 16 | National Partners Pfco Inc. of CA 1600 Stout Street, Suite #900, Denver, CO 80202 | (800) 506-8901 | Insurance | | | | $   50,238 |
| 17 | California Professional Engineering, Inc. [CPE] 19062 San Jose Avenue, La Puente, CA 91748 | Ms. Diem Chu, General Manager, Email: diem@cpengineeringinc.com Tel (626) 810-1338 \| Mobile (626) 362-0147 | Trade Debt | | | | $41,471 |
| 18 | HD Supply c/o Dunn Desantis Walt & Kendrick LLP \| 750 B Street, Suite #2620, San Diego, CA 92101 | | Trade Debt - KPRS Subcontractor | Contingent Disputed | $   27,663 | | |
| 19 | Twining Inc. \| 2883 East Spring Street, Suite #300, Long Beach, CA 90806 | Tel (562) 426-3355 | Professional Services | | | | $   19,573 |
| 20 | BJ Palmer \| 1616 Mesa Verde Drive, Vista, CA 92084 | Tel (760) 842-7510 | Professional Services | | | | $   14,765 |

Absolute Security International, Inc.
Attn: Lucy Lin
4255 Tyler Avenue
El Monte, CA  91731


AFL-CIO
Attn: Ron Miller
1626 Beverly Blvd.
Los Angeles, CA 90026-5784


Architects Orange AO
Attn: Jack Selman or Managing Agent
144 N. Orange Street
Orange, CA 92866


ATT Mobility
PO Box 6463
Carol Stream, IL 60197


AT&T Mobility LLC
Attn: Officer or Managing Agent
1025 Lenox Park Blvd. NE
Atlanta, GA 30319


Bryan Cave
Attn: Jason DeJonker, Esq.
161 N. Clark Street, Suite #4300
Chicago, IL  60601


Blue Shield of California
PO Box 749415
Los Angeles, CA  90074


Blue Shield of California
Attn: Officer or Managing Agent
601 12th Street
Oakland, CA 94607

BJ Palmer and Associates
Attn: Bruce Palmer or Managing Officer
1616 Mesa Verde Drive
Vista, CA 92084


Bruce Gordon
c/o Gordon Consulting Group
30262 Crown Valley Parkway
Laguna Nigel, CA  92677


CAL-Storm Compliance Inc.
Attn: Officer or Managing Agent
20 Radiance Lane
Rancho Santa Margarita, CA 92688


Camino Real Mortgage Bankers
Attn: Ruben Romero
15301 Ventura Blvd. Suite 400
Sherman Oaks, CA 91403


Camino Real Mortgage Bankers
Attn: Ruben Romero or Managing Officer
707 N. Maclay Avenue Suite A
San Fernando, CA 91340


Capitol Airspace Group
Attn: Officer or Managing Agent
5400 Shawnee Road, Suite 304
Alexandria, VA 22312

Carpenters Union
c/o Becarlo & Shamley
533 South Freemont Avenue, 9th Floor
Los Angeles, CA 90071


City of  El Monte
Attn: City Manager
11333 Valley Blvd.
El Monte, CA 91731

CitiVestFinancial Services
Attn: Officer or Managing Agent
PO Box 861894
Los Angeles, CA 90086


CitiVest Commercial Investments, LLC
Attn: Dana Haynes
4340 Von Karman Avenue # 110
Newport Beach, CA 92660


Comerica Bank
Attn: Officer or Managing Agent
15303 Ventura Blvd. First Floor
Sherman Oaks, CA 91403


Comerica Bank
Attn: Officer or Managing Agent
1717 Main Street
Dallas, TX 75201


Comerica Bank
Attn:  President Curtis C. Farmer
1717 Main Street, MC 6578
Dallas, TX 75201


Chamber Lumber
1313 Chicago Avenue
Riverside, CA  92507


Champion Lumber Co.
Attn: Joe Audette
1313 Chicago Avenue
Riverside, CA 92507


CraneVeyor Corp.
Attn: Randall S. Guritzky
1524 No. Potrero Avenue
South El Monte, CA 91733

CraneVeyor Corp.
Attn: Officer or Managing Agent
PO Box 3727
South El Monte, CA 91733


Crane Rental Service, Inc.
Attn: Cathleen Greinke
1901 W. Collins Avenue
Orange, CA 92867


CT Corporation System
c/o Romspen California Mortgage Limited Partnership
818 West Seventh Street, Suite 930
Los Angeles, CA 90017


Daniel A. Harrison, Esq.
24040 Camino Del Avion Suite E185
Monarch Beach, CA 92629


David Barker, Esq.
Collins Collins
10681 Foothill Blvd., Suite #260
Rancho Cucamonga, CA  91730


Daniel M. Shapiro, Esq.
1366 E. Palm Street
Altadena, CA 91001


David Evans
Attention: Jodi Mensen
4141 East Inland Empire Blvd, Suite 250
Ontario, CA 91764


David Evans
Attn: Jodi Mensen
201 S Figueroa Street, Suite 240
Los Angeles, CA 90012

DCI Engineers
Attn: Mark D. Aden
818 W. 7th Street, Suite 740
Los Angeles, CA 90017


DCI Engineers
Attn: Carey Goetz
818 Stewart Street #1000
Seattle, WA 98101


DLA Piper LLP
Attention: Rockard Delgadillo
PO BOX 75190
Baltimore, MD 21275


DLA Piper LLP
Attn: Rockard J. Delgadillo
550 South Hope Street, Suite 2400
Los Angeles, CA 90071


E4 Utility Design
324 Avenida De La Estrella, Suite B
San Clemente, CA 92672


E4 Utility Design
Attn: John J. Voris
301 Via Promesa
San Clemente, CA 92673


Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001


Employment Development Department
PO Box 826215 MIC 3A
Sacramento, CA 94230

Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
Los Angeles Field Office
300 S. Spring Street # 5704
Los Angeles, CA 90013


Fuscoe Engineering, Inc.
Attn: Officer or Managing Agent
600 Wilshire Blvd. Suite 1470
Los Angeles, CA 90017


Fuscoe Engineering, Inc.
Attn: Jill Littley or Managing Agent
16795 Von Karman Avenue, Suite 100
Irvine, CA 92606


Grand Albany Doors & Windows
2826 A Metropolitan Place
Pomona, CA  91767


Grapevine Development, LLC
Attn: James Acevedo
24440 Mulholland Highway
Calabasas, CA 91302


Grapevine Development, LLC
Attn: James Acevedo
15301 Ventura Blvd. Bldg B Suite 490
Sherman Oaks, CA 91403


Grapevine Realty
PO Box 801750
Santa Clarita, CA 91380

HD Construction Supply
c/o Dunn Desantis Walt & Kendrick LLP
750 B Street, Suite #2620
San Diego, CA  92101


IMA
Attn: Officer or Managing Agent
20341 Birch Street, Suite 100
Newport Beach, CA 92660


Integris Solutions, LLC
11494 Luna Road
Dallas, TX  75234


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Services
Los Angeles Field Office
300 N. Los Angeles Street
Los Angeles, CA 90012


Jonathan P. Chodos
2934 ½ N. Beverly Glen Circle # 505
Los Angeles, CA 90077


KPRS Construction, Inc.
Attn: Joel Hans Stensby
2850 Saturn Street
Brea, CA 92821


KPRS Construction Services, Inc.
Attn: Steven O. Krakowsky
1875 Century Park East, Suite 2200
Los Angeles, CA 90067

Kreit Mechanical Associates, Inc.
c/o Levi Y. Silver, Esq.
401 B Street, Suite #1200
San Diego, CA 92101


Kreit Mechanical Associates, Inc.
Attn: Ephraim Kreitenberg
13839 Weddington Street
Sherman Oaks, CA 91401


Junior Steel Co.
Attn: Paul Schifino
134 West 168th Street
Gardena, CA  90248


Largo Concrete, Inc.
Attn: Michael Gregory Long
2741 East Walnut Avenue, First Floor
Tustin, CA  92780


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018


Lynn Safety
Attn: Officer or Managing Agent
12409 Slauson Avenue, Suite A
Whittier, CA 90606


Lynn Safety, Inc.
Attn: Steven Patrick Lynn
110 Mason Circle, Suite A
Concord, CA 94520


Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054-0110

McParlane Associates, Inc.
Attn: Paul McParlane
4830 View Ridge Avenue # A
San Diego, CA 92123


McParlane Associates, Inc.
Attn: Officer or Managing Agent
2 South Pointe Dr. Suite 180
Lake Forest, CA 92630


National Partners PFco Inc. of California
1600 Stout Street, Suite #900
Denver, CO  80202


RK Engineering
4000 Westerly Place, Suite 280
Newport Beach, CA 92660


Romspen Investment Corporation
Attention: Wesley Roitman
162 Cumberland Street, Suite #300
Toronto, ON M5R 3N5


Romspen California Mortgage Limited Partnership
Attn: CT Corporation System
28 Liberty St.
New York, NY 10005


Rosamond Truss Inc.
PO Box 1876
Rosamond, CA  93560


Rosamond Truss Inc.
Attn: James Browne
1300 Orange St.
Rosamond, CA 93560

SCS Engineers
3900 Kilroy AIrpor Place, Suite 280
Newport Beach, CA 92660

Solomon Burnstein Wood Insurance Services
24411 Ridge Route Dr., Suite #135
Laguna Hills, CA 92653

State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

SBE Electrical Contracting Inc.
Attn: Janine D. Botes
2961 W. MacArthur Blvd., #128
Santa Ana, CA  92704

SBE Electrical Contracting Inc.
Attn: Jerry L. Brummond, Esq.
2961 W. MacArthur Blvd., #340
Santa Ana, CA  92704

SVA Architects
Attn: Robert Simons
6 Hutton Centre Drive, Suite 1150,
Santa Ana, California 92707

The Hartford
PO Box 660916
Dallas, TX  75266-0916

The Hartford Financial Services Group, Inc.
690 Asylum Avenue
Hartford, CT 06155

Todd Pipe & Supply
c/o Michael T. Ungar, Esq.
715 Silver Spur Road, #209
Rolling Hills Estate, CA  90274


Todd Pipe & Supply – El Monte, Inc.
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017


Todd Pipe & Supply LLC
c/o Capital Corporate Services, Inc.
PO Box 1831
Austin, TX 78767

Todd Pipe & Supply LLC
Attn: Officer or Managing Agent
1005 N. Edward Ct.
Anaheim, CA 92806


Tom Holsman
7205 Hollywood Blvd. # 507
Los Angeles, CA. 90046


TPMC Services, LLC
c/o Dominion Corporation
1990 S. Bundy Drive, Suite 640
Los Angeles, CA 90025


Treg A. Julander, Esq.
Ostergar Law Group
9110 Irvine Center Drive


TPMC Services, LLC
Attn: Jack J. Druet
31280 Pescado Drive
Temecula, CA 92592

Twining Inc.
2883 East Spring Street, Suite #300
Long Beach, CA 90806


United Civil, Inc.
Attn: Siew Huat Ng or Managing Officer
30141 Agoura Road, Suite #215
Agoura Hills, CA 91301


United Site Services
PO Box 660475
Dallas, TX 75266-0475


United Site Services
4511 Rowland Avenue
El Monte, CA 91731


United Site Services
Attn: Asterios Satrazemis, CEO
118 Flanders Road
Westborough, MA 01581


United States Small Business Administration
Attn: So Cal Legal Unit
330 North Brand Blvd. Suite 1200
Glendale, CA 91203


U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591


Walters Wholesale Electric Co.
Attn: Bill Durkee or Thomas J. Nance Jr.
2825 Temple Avenue
Signal Hill, CA  90755

Veneklason Associates, Inc.
1711 16th Street
Santa Monica, CA 90404


WRC Development
PO BOX 801750
Santa Clarita, CA 91380


WRC Development, LLC
Attn: Henry Knebel
23822 W. Valencia Blvd, Suite 304
Valencia, CA 91355


WDC & Associates
Attn: Paul Wahlquist
10866 Wilshire Blvd., Suite 375
Los Angeles, CA 90024


WDC & Associates, LLP
Attn: Officer or Managing Agent
2280 Lincoln Avenue, Suite 200
San Jose, CA 95125


United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044


Williams Scotsman
Corporate Operations
901 S. Bond Street, Suite 600
Baltimore, MD  21231-3357